IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DDR HOLDINGS, LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § | CIVIL ACTION NO. 2:13-cv-647 |
| DIGITAL RIVER, INC., | | |
| Defendant. | | |

## DEFENDANT DIGITAL RIVER, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Digital River, Inc., a publicly-traded Delaware corporation, states that no publicly-traded corporation owns 10% or more of its stock.

Dated: September 16, 2013            Respectfully submitted,

        */s/  Brett C. Govett*
Brett C. Govett
State Bar No. 08235900
brett.govett@nortonrosefulbright.com
Karl G. Dial
State Bar No. 05800400
karl.dial@nortonrosefulbright.com
Dustin M. Mauck
State Bar No.  24046373
dustin.mauck@nortonrosefulbright.com

FULBRIGHT & JAWORSKI LLP
2200 Ross Avenue, Suite 2800
Dallas, TX  75201-2784
Telephone:(214) 855-8000
Facsimile: (214) 855-8200

Ronn B. Kreps
State Bar No.  151142
ronn.kreps@nortonrosefulbright.com

FULBRIGHT & JAWORSKI LLP
2100 IDS Center
80 South Eigth Street
Minneapolis, MN 55402-2112
Telephone:(612) 321-2800
Facsimile: (612) 321-2288

Counsel for Defendant DIGITAL RIVER, INC.

### CERTIFICATE OF SERVICE

    I certify that this document was filed electronically pursuant to Local Rule CV-5(a) on September 16, 2013.  Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system.

        */s/ Brett C. Govett*