IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DDR HOLDINGS, LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:13-cv-647 |
| | § |
| DIGITAL RIVER, INC., | § |
| | § |
| Defendant. | § |

# **DEFENDANT DIGITAL RIVER, INC.'S**
# **JURY DEMAND**

Defendant Digital River, Inc. hereby demands a jury trial as to all matters so triable pursuant to Federal Rules of Civil Procedure 38(b).

Dated: September 16, 2013						Respectfully submitted,

											*/s/  Brett C. Govett*
											Brett C. Govett
											State Bar No. 08235900
											brett.govett@nortonrosefulbright.com
											Karl G. Dial
											State Bar No. 05800400
											karl.dial@nortonrosefulbright.com
											Dustin M. Mauck
											State Bar No.  24046373
											dustin.mauck@nortonrosefulbright.com

											FULBRIGHT & JAWORSKI LLP
											2200 Ross Avenue, Suite 2800
											Dallas, TX  75201-2784
											Telephone:(214) 855-8000
											Facsimile: (214) 855-8200

											Ronn B. Kreps
											State Bar No.  151142
											ronn.kreps@nortonrosefulbright.com

											FULBRIGHT & JAWORSKI LLP
											2100 IDS Center
											80 South Eigth Street
											Minneapolis, MN 55402-2112
											Telephone:(612) 321-2800
											Facsimile: (612) 321-2288

					Counsel for Defendant DIGITAL RIVER, INC.


**CERTIFICATE OF SERVICE**

	I certify that this document was filed electronically pursuant to Local Rule CV-5(a) on September 16, 2013.  Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system.


											*/s/ Brett C. Govett*